UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:19-CR-196 |
| | ) | |
| **Sherri R. Hillman** | ) | |

MOTION FOR MEDICAL FURLOUGH

Comes the Defendant, Sherri R. Hillman, by and through counsel, and moves this Court for an Order allowing her a medical furlough. In support of this motion please see the following:

On or about January 2, 2021, Mr. Hillman tested positive for COVID 19 while she was housed in the Laurel County, Kentucky Regional Jail. She had to be hospitalized for oxygen deficiency. She has several underlying medical conditions such as chronic obstructive pulmonary disease and emphysema. Counsel was informed today that Ms. Hillman had to be placed on a ventilator. Thus, a medical furlough is requested as a result of her high-risk for life-threatening complications from the COVID-19 outbreak, which has apparently spread through the Laurel Co. jail.

This motion is being brought as an emergency motion because petitioner's medical condition is dire, appears to be declining, and each day that passes could cost petitioner her life. Thus, she is asking for unescorted emergency medical furlough pursuant to 18 U.S.C. §3622(a)(3) and (6) and pursuant to any other standing emergency orders.

1

Respectfully submitted,<br>
By Counsel:

B. Andrew Glenn (BPR #023644)
125 Peppertree Dr.
Kingsport, TN  37664
**barryandrewglenn@yahoo.com**

## CERTIFICATE OF SERVICE

I hereby certify that January 8, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

B. Andrew Glenn