UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-00196-32-JRG-CRW |
| | ) | |
| SHERRI RENEE HILLMAN | ) | |

## ORDER

On January 8, 2021, the Court granted Defendant Sherri Renee Hillman's motion for emergency medical furlough and ordered her release from detention at the Laurel County Correctional Center so that she could receive medical treatment after contracting COVID-19. [Order, Doc. 763]. At the time, Ms. Hillman, who has underlying conditions, was seriously ill and required the use of a ventilator. [*Id.* at 1]. The Court directed the United States Probation Office to monitor Ms. Hillman and ensure her presence at the hospital while she is on medical furlough. [*Id*. at 2]. The Probation Office, however, now informs the Court that the hospital has been unwilling to provide updates on Ms. Hillman's status and has refused even to verify that she is still in the hospital.

Ms. Hillman is hereby **ORDERED** to provide the Court and the Probation Office, within seven days of this Order's date, with confirmation that she is still hospitalized. In addition, Ms. Hillman is **ORDERED** to provide the Court and the Probation Office with weekly updates as to whether she continues to remain hospitalized. Ms. Hillman is also **ORDERED** to provide the Court and the Probation Office with at least twenty-four-hours' advance notice of her date of discharge from the hospital. If Ms. Hillman fails to comply with this Order, or if she leaves the hospital without permission of the Court, the Court will issue a bench warrant for her

immediate arrest, and she may be considered an escapee under 18 U.S.C. § 4082 and subject to additional criminal prosecution.

So ordered.

ENTER:

                                        s/J. RONNIE GREER
                                UNITED STATES DISTRICT JUDGE