# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:19-CR-196 |
| | ) | |
| **Sherri R. Hillman** | ) | |

## NOTICE OF DEATH

Comes now, the Defendant, through counsel, and hereby notices the court that Ms. Sherri R. Hillman passed away on June 14, 2021. Attached herewith is the press release by the Bureau of Prisons.

            Respectfully submitted,
            By Counsel:

            B. Andrew Glenn (BPR #023644)
            108 E. Main St. Ste. 211
            Kingsport, TN 37660
            **barryandrewglenn@yahoo.com**

## CERTIFICATE OF SERVICE

I hereby certify that June 17th, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

1

B. Andrew Glenn