UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No.: 2:19-CR-196 |
| | ) | |
| SHERRI RENEE HILLMAN | ) | |

MOTION TO ABATE UPON INFORMATION OF DEATH

The United States of America by and through Francis M. Hamilton, Acting United States Attorney for the Eastern District of Tennessee, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, moves to abate prosecution upon the indictment against the defendant, Sherri Renee Hillman, in the above-styled case upon information of the death of the defendant on June 14, 2021.

Respectfully submitted,

FRANCIS M. HAMILTON III
Acting United States Attorney

By: s/ *J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN 37743
TN BPR# 017896
423/639-6759
Greg.bowman@usdoj.gov